**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**JOSHUA SANTERAMO, ESQ.**
Nevada Bar #12086
**SCHUETZE & McGAHA, P.C.**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada  89106
(702) 369-3225
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| LAWRENCE COLLINS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STERLING JEWELERS, INC., a foreign Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | **CASE NO**: 2:14-cv-01997-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT TO LOCAL RULE 26-4 (FIRST REQUEST)** |

COMES NOW Plaintiff LAWRENCE COLLINS, by and through his counsel of record, William W. McGaha, Esq. and Joshua M. Santeramo, Esq. of the Law Offices of SCHUETZE & McGAHA, P.C., and Defendant, STERLING JEWELERS, INC. ("Sterling"), by and through its counsel of record, William F. Dugan, Esq. and Eric M. Lloyd, Esq. of SEYFARTH SHAW LLP, hereby submit this stipulation and order to extend discovery deadlines pursuant to Local Rule 26-4.

Plaintiff Collins and Defendant Sterling have completed the Early Neutral Evaluation Conference and begun discovery, including exchanging FRCP 26 disclosures of documents and supplements, and propounding written discovery.  The parties are also in the process of deposition scheduling.  The primary depositions the parties intend on taking are of Plaintiff Collins, Defendant Sterling's designated representative pursuant to FRCP 30(b)(6), and relevant Defendant employees from the time material to the Complaint,  Melissa Henry and Brad Smith.  Other depositions may be necessary in the future.  Further, Mr. Smith is no longer employed with Defendant Sterling and living out-of-state.

These depositions are critical to the liability issues involved, and the parties agree that they should take place prior to the designation of experts, of which the deadline is currently July 21, 2015. The parties request an extension of sixty (60) days for all deadlines to accommodate for deposition scheduling and the retention of experts, in addition to other necessary discovery.

## I.   FACTUAL AND PROCEDURAL BACKGROUND:

This lawsuit arises from the termination of Plaintiff Collins by Defendant Sterling in November 2013. Plaintiff alleges that he was wrongfully terminated in retaliation for pursuing entitled leave under the Family Medical Leave Act, and due to a failure to accommodate his alleged disability under the Americans with Disabilities Act. This is in addition to other federal and state claims plead in the Complaint. Defendant Sterling denies the allegations and claims good cause for Plaintiff's termination.

Plaintiff Collins commenced the lawsuit on December 2, 2014. (Doc. #1). Defendant Sterling filed its responsive pleading on January 21, 2015. (Doc. #9). On March 6, 2015, the parties submitted their proposed discovery plan. (Doc. #16). The scheduling order was then approved and signed by the Magistrate Judge on March 9, 2015. (Doc. #17). The parties then attended the Early Neutral Evaluation Conference on April 28, 2015, which did not result in a settlement. (Doc. #20).

Since that time, the parties have propounded written discovery and are in the process of providing answers. The parties have also met and conferred regarding the deposition scheduling as indicated above. These depositions will be necessary to evaluate liability and any potential for settlement prior to the retention of experts. Therefore, the parties seek a sixty (60) day extension of all current deadlines.

### A.   Statement of Discovery Completed

1. The parties have participated in the Initial Case Conference and have exchanged initial and supplemental disclosures;
2. Plaintiff Collins has propounded interrogatories and requests for production of documents;

3. Plaintiff Collins has sent an FRCP 30(b)(6) notice of deposition to Defendant Sterling and inquired into the availability of Melissa Henry and Brad Smith; and

4. Defendant has propounded interrogatories and requests for production of documents, and, served a deposition notice on Plaintiff.

**B.  Statement of Discovery Remaining**

1. Further document supplements to the initial disclosures;

2. Answers to written discovery;

3. Depositions of the parties, fact witnesses, and corporate representatives;

4. Initial and rebuttal expert disclosures;

5. Depositions of expert witnesses; and

6. Additional discovery as needed.

**C.  Reasons Why Discovery Was Not Completed Within Time Limitations**

As explained above, both parties agree that the depositions of Plaintiff, Brad Smith, Melissa Henry, and an FRCP 30(b)(6) representative of Defendant are necessary to evaluate liability and continue potential settlement discussions. Moreover, these depositions will be necessary for determining the necessity of experts. Given the quick turn around from the Early Neutral Evaluation Conference, the summer schedule, and some out-of-state witnesses, the parties agree that an extension of sixty (60) days is necessary.

**D.  A Proposed Schedule for Completing All Discovery**

| | |
|---|---|
| Amendments to Pleadings: | From 7/21/2015 to <u>9/21/2015</u> |
| Initial Expert Disclosures: | From 7/21/2015 to <u>9/21/2015</u> |
| Interim Status Report: | From 8/20/2015 to <u>10/19/2015</u> |
| Rebuttal Expert Disclosures: | From 9/4/2015 to <u>11/3/2015</u> |
| Discovery Cut-Off: | From 10/19/2015 to <u>12/18/2015</u> |
| Dispositive Motions: | From 11/18/2015 to <u>1/19/2016</u> |
| Joint Pretrial: | From 12/18/2015 to <u>2/16/2016</u> |

The joint pretrial order shall be filed no later than February 16, 2016, which is not more than thirty (30) days after the date set for filing dispositive motions in this case. In the event

that dispositive motions are filed, the date for filing of the joint pretrial order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

DATED this  25th  day of June, 2015.    DATED this  25th  day of June, 2015.

**SCHUETZE & McGAHA, P.C.**                **SEYFARTH SHAW LLP**

By */s/Joshua Santeramo*                    By */s/Eric M. Lloyd*
  **WILLIAM W. McGAHA, ESQ.**                **WILLIAM F. DUGAN, ESQ.**
  **JOSHUA SANTERAMO, ESQ.**                131 South Dearborn Street, Suite 2400
  601 S. Rancho Drive, Suite C-20           Chicago, Illinois 60603
  Las Vegas, Nevada 89106                   Telephone: (312) 460-5000
  Attorneys for Plaintiff                   Facsimile: (312) 460-7000

  **ERIC M. LLOYD, ESQ.**
  560 Mission Street, Suite 3100
  San Francisco, California 94105
  Telephone: (415) 397-2823
  Facsimile: (415) 397-8549

## **ORDER**

IT IS SO ORDERED this  26th  day of  June , 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge