1  SEYFARTH SHAW LLP
   William F. Dugan (*admitted pro hac vice*)/wdugan@seyfarth.com
2  131 South Dearborn Street, Suite 2400
   Chicago, Illinois 60603
3  Telephone:    (312) 460-5000/Facsimile:    (312) 460-7000

4  SEYFARTH SHAW LLP
   Eric M. Lloyd (*admitted pro hac vice*)/elloyd@seyfarth.com
5  560 Mission Street, Suite 3100
   San Francisco, California 94105
6  Telephone: (415) 397-2823/Facsimile: (415) 397-8549

7  MORRIS LAW GROUP
   Ryan Lower  (SBN 9108)/rml@morrislawgroup.com
8  900 Bank of America Plaza
   300 South Fourth Street
9  Las Vegas, Nevada 89101
   Telephone:  (702) 474-9400/Facsimile:  (702) 474-9422
10
   Attorneys for Defendant
11 STERLING JEWELERS INC.

12 SCHUETZE & MCGAHA, P.C.
   William W. McGaha/dkb@smlvlaw.net
13 Joshua Santeramo/ jms@smlvlaw.net
   601 S. Rancho Drive, Suite C-20
14 Las Vegas, NV 89106
   (702) 369-3225/(702) 369-2110 (facsimile)
15
   Attorneys for Plaintiff
16 LAWRENCE COLLINS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAWRENCE COLLINS, an individual | ) | Case No. 2:14-cv-01997-JCM-GWF |
| | ) | |
| Plaintiff, | ) | **JOINT NOTICE OF SETTLEMENT;** ~~[PROPOSED]~~ **ORDER** |
| v. | ) | |
| | ) | Action Filed:  12/2/14 |
| STERLING JEWELERS INC., a foreign Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

**PLEASE TAKE NOTICE** that Plaintiff LAWRENCE COLLINS ("Plaintiff"), and Defendant STERLING JEWELERS, INC. ("Defendant") (collectively the "Parties") hereby notify the Court that the Parties have reached an agreement on the terms of a settlement of the above-captioned action. The Parties expect a Joint Stipulation for Dismissal of the case with prejudice will be filed within the next sixty (60) days. In light of the Parties' settlement, the Parties request that all pending deadlines be stayed.

DATED: August 24, 2015                                SEYFARTH SHAW LLP


By____/s/ Eric M. Lloyd_____
       William F. Dugan
       Eric M. Lloyd
Attorneys for Defendant
STERLING JEWELERS INC.


DATED: August 24, 2015                                SCHUETZE & MCGAHA, P.C.


By____/s/ Joshua Santeramo_____
       William W. McGaha
       Joshua Santeramo
Attorneys for Plaintiff
LAWRENCE COLLINS

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

       /s/ Eric M. Lloyd

1
NOTICE OF SETTLEMENT; CASE NO. 2:14-CV-01997-JCM-GWF

1              [PROPOSED] ORDER

2    Pursuant to the Parties' stipulation, all deadlines in the above-captioned action are hereby

3 STAYED pending the anticipated filing of a Joint Request for Dismissal.

4    IT IS SO ORDERED.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  __August 25_____, 2015

# CERTIFICATE OF SERVICE

1. On August 24, 2015, I served the following document:

**JOINT NOTICE OF SETTLEMENT**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (***Check all that apply***)

   ☒ **a. ECF System** (*You must attach the "Notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary*)

   ☐ **b. United States mail, postage fully prepaid on _____:**

   ☐ **c. Personal Service**
   (*List persons and addresses.  Attach additional paper if necessary*)

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ **d. By direct email (as opposed to through the ECF System)**
   (*List persons and email addresses.  Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ **e. By fax transmission**
   (*List persons and fax numbers.  Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

   ☐ **f. By messenger**
   (*List persons and addresses.  Attach additional paper if necessary*)

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

1 **I declare under penalty of perjury that the foregoing is true and correct.**

2 Signed on August 24, 2015.

3

4               /s/ Nancy J. Davilla
              an employee of Seyfarth Shaw LLP